UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-CV-24012-KMM

ROBERTO CARLOS MARTINEZ VALLE,  )
and all others similarly situated under 29  )
U.S.C. 216(b),  )
　　　　　　　　　　　　　　　　　　　 )
　　　　　　　Plaintiff,  )
　vs.  )
　　　　　　　　　　　　　　　　　　　 )
AMERICA'S INTERNATIONAL TRADE  )
SERVICES, INC.,  )
JOSE – SALMON SERVICES CORP,  )
JORGE J. SAM  )
JOSE A MORENO,  )
　　　　　　　　　　　　　　　　　　　 )
　　　　　　　Defendants.  )
　　　　　　　　　　　　　　　　　　　 )

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R.CIV. P. 41

COMES NOW the Plaintiff, ROBERTO CARLOS MARTINEZ VALLE, by and through the undersigned counsel, and notices the Court that Plaintiff voluntarily dismisses his claims brought in this lawsuit as to all Defendants under Fed. R.Civ. P. 41. Such dismissal is made voluntarily, against the advice of counsel, and having been advised of the statute of limitations.

_Roberto C Martinez /s/     15/10/18_____ (signature)
ROBERTO CARLOS MARTINEZ VALLE
Plaintiff

## INTERPRETER'S ACKNOWLEDGEMENT:

On this ___ day of _____, 2018, _____, who is personally known to me, affirmed that the foregoing was translated from English to Spanish to the best of her ability.

_____
(Interpreter's signature)

_____
NOTARY PUBLIC / STAMP



Natalie Staroschak
COMMISSION #FF198424
EXPIRES: February 11, 2019
WWW.AARONNOTARY.COM

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By: _s/ Neil Tobak, Esq.___
    Neil Tobak, Esquire
    Florida Bar No.: 093940

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 10/15/18 TO:

ALL CM/ECF RECIPIENTS

BY:___/s/___Neil Tobak_____
    NEIL TOBAK, ESQ.